## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **Jacko** | **Case No. 6:20-cv-00162** |
| **Versus** | **Judge Michael J Juneau** |
| **DG Louisiana, LLC et al** | **Magistrate Judge Carol B Whitehurst** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion for Remand filed by Plaintiff, Michael Jacko, [Rec. Doc. 10] is **DENIED**;

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant S.A.M. Properties, L.C.C. are **DISMISSED without prejudice**;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney's Fees and Costs [Rec. Doc. 10] is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 4th day of June, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE

2